No. —, original. Ex parte Platek. December 10, 1934. The motion for leave to file petition for writ. of habeas corpus is denied. *Mr. Joseph A. Platek, pro se.*

No. 271. Tirrell *v.* Johnston, Attorney General of New Hampshire, et al. Argued December 14, 1934. Decided December 17, 1934. *Per Curiam:* Judgment affirmed. *Alward* v. *Johnson,* 282 U. S. 509, 514; *Willcuts* v. *Bunn,* 282 U. S. 216, 225–226; *Fox Film Corp.* v. *Doyal,* 286 U. S. 123, 128–129; *Susquehanna Co.* v. *Tax Commission (No. 1),* 283 U. S. 291, 294; *Indian Territory Oil Co.* v. *Board,* 288 U. S. 325, 327–328. *Mr. Samuel A. Margolis* for appellant. *Mr. Francis W. Johnston,* Attorney General of New Hampshire, and *Mr. H. Thornton Lorimer,* Assistant Attorney General, were on the brief for appellees.

No. 183. Nashville, Chattanooga & St. Louis Ry. Co. *v.* Webster, Commissioner of Highways, et al. December 17, 1934. This case is restored to the docket and assigned for reargument on Wednesday, January 16, 1935. It is ordered that Herbert S. Walters, successor in office of Frank W. Webster, be and he is hereby substituted as a party appellee in this cause.